IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

-----------------------------------------------------------------------x

TAMMY GRAF,

                                        Plaintiff,              **COMPLAINT**

                -against-

CONSTANT COMPANION, LLC, CONSTANT              Jury Trial Demanded
COMPANION SERVICES, LLC,

                                        Defendants.

-----------------------------------------------------------------------x

## PRELIMINARY STATEMENT

1.  Plaintiff, a woman who was 50 years-old when she was terminated, brings this employment discrimination action against her former employer, Constant Companion, LLC/Constant Companion Services, LLC ("Constant Companion"), alleging gender and age discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq*. ("Title VII"); the Age Discrimination in Employment Act of 1967 ("ADEA"), and the Florida Civil Rights Act, Fla. Stat. § 760.10 ("FCRA").  Plaintiff seeks compensatory and punitive damages, attorney's fees and costs, and such other and further relief as the Court deems just and proper.

## JURISDICTION & VENUE

2.  This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 1343, as this action asserts violations of Title VII and the ADEA, and therefore raises federal questions regarding the deprivation of plaintiff's rights.

3.  Plaintiff invokes the supplemental jurisdiction of this Court pursuant to 28 U.S.C. § 1367 to hear and decide her claims under the FCRA, which form part of the same case and controversy as plaintiff's federal claims under Article III of the United States Constitution.

4.  Venue is proper in the Middle District of Florida, Tampa Division, pursuant to 28 U.S.C. § 1391(b) and (c) because defendants are located in this District in Sarasota County, and the incident in question occurred in Sarasota County.

## JURY TRIAL

5.  Pursuant to Fed. R. Civ. P. 38, plaintiff demands a jury trial.

## ADMINISTRATIVE REQUIREMENTS

6.  Plaintiff timely filed an administrative charge of discrimination and retaliation with the Equal Employment Opportunity Commission ("EEOC"). This charge was dual filed with the Florida Commission on Human Relations pursuant to its work share agreement with the EEOC.

7. The EEOC issued plaintiff a right to sue letter on August 12, 2022, allowing her to bring suit within 90 days of her receipt of the letter. The EEOC did not make a finding as to the merits of the charge.

## PARTIES

8. Plaintiff is a resident of the State of Florida.

9. Defendants are Florida Limited Liability Corporations authorized to conduct business in Florida and located in Sarasota County.

## STATEMENT OF FACTS

10. Plaintiff began working for defendants on July 7, 2021 as a training administrator.

11. At all relevant times, plaintiff was a 50 year-old woman.

12. At all relevant times, plaintiff was performing at a satisfactory level and was qualified for her position.

13. In January 2022, the owner of Constant Companion, Mark Gray, along with high-level executives, Lisa Bombard and Jessica Brady, both of whom are significantly younger than plaintiff, began terminating or taking adverse employment actions against the older employees in the office, despite their satisfactory performance, including Ralph Purdy-and Stanley Washington.

14. Gray then engaged in sex discrimination by hiring a young, attractive woman, named "Michelle," gave her a significant amount of plaintiff's

responsibilities, and began to shut plaintiff out by excluding plaintiff from meetings, including training meetings.  Michelle did not have a background or experience in training.

15.  When plaintiff questioned this and complained, management told plaintiff that Gray wanted employees with a "more professional image."

16.  On January 24, 2022, because of plaintiff's age, the stereotype that a female employee's physical appearance enhances her value as an front-line representative of a company, along with plaintiff's complaint about being replaced by an attractive, younger woman, defendants terminated plaintiff and did not pay plaintiff for her accrued leave time.

17.  As a result of the defendants' actions, plaintiff suffered emotional distress,  fear, embarrassment, humiliation, anxiety, damage to her reputation, and financial loss.

18.  On defendants' website, constantcompanion.com (visited 8-21-22), on the pages of the website where defendants seek new employees and "partners," and invites customers to have a free consultation, or a "Virtual Coffee Meeting" with a consultant, all of the photographs are of employees or actors who are in their 20s.  Similar photographs were posted by defendants on defendants' Twitter feed.  *See* Exhibit 1, attached hereto.  Young, attractive people is the "more professional image" that defendants seek to convey to the detriment of older and

4

"less attractive" employees.  There is no bona fide justification for younger employees as the majority of defendants' clients are elderly and plaintiff's position, and other positions in the company, did not require physical labor or strength.

## FIRST CLAIM

**(Gender Discrimination under Title VII)**

**(Against All Defendants)**

19.  Plaintiff repeats the foregoing allegations.

20.  Defendants discriminated against plaintiff on the basis of her gender, in violation of Title VII, by treating plaintiff differently as to the terms and conditions of her employment based on her gender and the false stereotype that a woman's value as an employee is based in substantial part on physical appearance.

21.  Because the individuals who perpetrated the discrimination were owners, managers and supervisors, their conduct is imputed to defendants.

22.  Defendants' conduct caused plaintiff to suffer various personal injuries, including the injuries described herein.

23.  As a result of the foregoing, plaintiff is entitled to compensatory and punitive damages in an amount to be determined at trial.

## SECOND CLAIM

**(Age Discrimination under the ADEA)**

**(Against All Defendants)**

24. Plaintiff repeats the foregoing allegations.

25. Defendants discriminated against plaintiff on the basis of her age, in violation of the ADEA, by treating plaintiff differently as to the terms and conditions of her employment based on the fact that she was 50 years-old at all relevant times.

26. Because the individuals who perpetrated the discrimination were owners, managers and supervisors, their conduct is imputed to defendants.

27. Defendants' conduct caused plaintiff to suffer various personal injuries, including the injuries described herein.

28. As a result of the foregoing, plaintiff is entitled to compensatory and punitive damages in an amount to be determined at trial.

## THIRD CLAIM

**(Retaliation under Title VII)**

**(Against All Defendants)**

29. Plaintiff repeats the foregoing allegations.

30. Defendants retaliated against plaintiff because plaintiff engaged in the protected activity of complaining about discrimination.

31.  Because the individuals who perpetrated the retaliation were owners, managers and supervisors, their conduct is imputed to defendants.

32.  Defendants' conduct caused plaintiff to suffer various personal injuries, including the injuries described herein.

33.  As a result of the foregoing, plaintiff is entitled to compensatory and punitive damages in an amount to be determined at trial.

**FOURTH CLAIM**

**(Retaliation under the ADEA)**

**(Against All Defendants)**

34.  Plaintiff repeats the foregoing allegations.

35.  Defendants retaliated against plaintiff because plaintiff engaged in the protected activity of complaining about discrimination.

36.  Because the individuals who perpetrated the retaliation were owners, managers and supervisors, their conduct is imputed to defendants

37.  Defendants' conduct caused plaintiff to suffer various personal injuries, including the injuries described herein.

38.  As a result of the foregoing, plaintiff is entitled to compensatory and punitive damages in an amount to be determined at trial.

## FIFTH CLAIM

### (Gender Discrimination under the FCRA)

### (Against All Defendants)

39. Plaintiff repeats the foregoing allegations.

40. Defendants discriminated against plaintiff on the basis of her gender, in violation of the FCRA, by treating plaintiff differently as to the terms and conditions of her employment based on her gender and the false stereotype that a woman's value as an employee is based in substantial part on physical appearance.

41. Because the individuals who perpetrated the discrimination were owners, managers and supervisors, acting within the scope of their employment, their conduct is imputed to defendants.

42. Defendants' conduct caused plaintiff to suffer various personal injuries, including the injuries described herein.

43. As a result of the foregoing, plaintiff is entitled to compensatory and punitive damages in an amount to be determined at trial.

## SIXTH CLAIM

### (Age Discrimination under the FCRA)

### (Against All Defendants)

44. Plaintiff repeats the foregoing allegations.

8

45.  Defendants discriminated against plaintiff on the basis of her age, in violation of the FCRA, by treating plaintiff differently as to the terms and conditions of her employment based on the fact that she was 50 years-old at all relevant times.

46.  Because the individuals who perpetrated the discrimination were owners, managers and supervisors, acting within the scope of their employment, their conduct is imputed to defendants.

47.  Defendants' conduct caused plaintiff to suffer various personal injuries, including the injuries described herein.

48.  As a result of the foregoing, plaintiff is entitled to compensatory and punitive damages in an amount to be determined at trial.

## SEVENTH CLAIM
### (Retaliation under the FCRA)
### (Against All Defendants)

49.  Plaintiff repeats the foregoing allegations.

50.  Defendants retaliated against plaintiff, in violation of the FCRA, because plaintiff engaged in the protected activity of complaining about discrimination.

51.  Because the individuals who perpetrated the retaliation were owners, managers and supervisors, acting within the scope of their employment, their conduct is imputed to defendants

52.  Defendants' conduct caused plaintiff to suffer various personal injuries, including the injuries described herein.

53.  As a result of the foregoing, plaintiff is entitled to compensatory and punitive damages in an amount to be determined at trial.

WHEREFORE, plaintiff requests the following relief jointly and severally against the defendants:

a.    Compensatory damages in an amount to be determined by a jury;

b.    Punitive damages in an amount to be determined by a jury;

c.    Attorney's fees and costs;

d.    Prejudgment and other lawful interest;

e.    Such other and further relief as the Court may deem just and proper.

DATED:  August 21, 2022

*/s/ Richard Cardinale*

_____

RICHARD CARDINALE (FBN 143332)
Attorney at Law
26 Court Street, Suite # 1507
Brooklyn, New York 11242
(718) 624-9391
richcardinale@gmail.com

Exhibit 1



CONSTANT COMPANION

# WE ARE HIRING!

## PRODUCTION ASSOCIATES

· START IMMEDIATELY!
· BASE PAY STARTING AT $15.00/HOUR UP TO $25/HOUR
· $1,000 SIGN-ON BONUS*
· FULL BENEFITS ARE AVAILABLE*

*ASK A RECRUITER FOR FULL DETAILS AND TERMS OF BONUS OFFER

Send your resume to
recruiting@constantcompanion.com

# Daily Care Calls & Family Updates



www.constantcompanion.com





### Register Your Interest

Where talent meets teamwork. Empathy meets innovation. Here, you'll do more than something. You'll add something. Discover the opportunities.

**Find out more**

### About Constant Companion

From our culture of service to our desire to transform. See what drives us to be better.

**Find out more**

### How We Work

We are high-tech with a purpose. Learn, share, grow, push, and build your skills.

**Find out more**



### Leading Technology

What can be done with AI, voice technology, and more? Great ideas are cultivated here.

**Find out more**



### Join a Team

With your choice of diverse teams, you will find your place at Constant Companion.

**Find out more**

# Why join us?

At Constant Companion, we believe that none of us are smarter than all of us. We work together to explore new ideas and better ways of achieving the greater good. As an integrated team, our value-based system means that every employee can identify areas of opportunity within the organization. Everyone can be creative and innovative. Everyone has an opportunity to contribute and be part of something amazing. If you are ready to pursue the most purposeful work of your life, you are welcome here.

We believe

that technology should serve
humanity with purpose and care.



We believe

that the security and privacy of our
customers is essential.



We believe

that the work we do and the positive impact we have on the lives of our customers is exciting.



**Join Us. Be You.**

If you want your life's work to add up to something, this is the place for you. Please review our open positions and apply or simply introduce yourself to recruiting@constantcompanion.com. We'll get in touch if there's a role that seems like a good match.

.st0 { fill-rule: evenodd; clip-rule: evenodd; fill: #FFFFFF; } .st1 { fill: #FFFFFF; } .st2 { fill-rule: evenodd; clip-rule: evenodd; fill: #01CBEF; } .st3 { fill: url(https://www.constanto } .st4 { fill: #FFFFFF; fill-opacity: 0; } .st5 { fill: #01CBEF; } .st6 { fill-rule: evenodd; clip-rule: evenodd; fill: #E6E7E8; }

Call our team:
**(833) 791 9700**

**My Account**



Join our mission-aligned team in making life better for others. Care that's always there is not just a tag line for us. It a deeply held belief. And we believe in its importance for employees as well as customers. We treat every employee as well as we treat our customers with respect care and concern for their privacy and fairness. We demand excellence, top talent and people who are mission driven. We work in service to others, knowing our service can make the difference between life and death.



# Find your calling

We are agile. We are six sigma. But we are not robotic. We leverage AI to do the monotonous work, so we can do the work that takes real hearts and real minds.

**Join us**

We believe

in teamwork between ourselves, our partners, caregivers, our customers and our community.





We believe

in taking responsibility and being responsive to the needs of our customers, our colleagues, and our community.

We believe

that enjoyment is necessary to live a fulfilled life.





How We Work

How We Work



Leading Technology

Leading Technology



About Constant Companion

About Constant Companion

.st0 { fill-rule: evenodd; clip-rule: evenodd; fill: #FFFFFF; } .st1 { fill: #FFFFFF; } .st2 { fill-rule: evenodd; clip-rule: evenodd; fill: #01CBEF; } .st3 { fill: url(https://www.constantc } .st4 { fill: #FFFFFF; fill-opacity: 0; } .st5 { fill: #01CBEF; } .st6 { fill-rule: evenodd; clip-rule: evenodd; fill: #E6E7E8; }

Call our team:
**(833) 791 9700**

My Account



# Become a Partner

Take caregiving to new levels with Constant Companion and our Urgent Response Team. Sign up to Become a Partner or book a virtual meeting with our consultant to find out more.

**Become a Partner**     **Book a virtual meeting**





Sign in to Constant Companion Partners Portal where you can manage your orders and contact customer support directly.

**Sign in to Partners Portal**



### Voice Assistant

Product Features

Reviews

Download Brochures

### Choose Your Solution

For Home Care Companies

For Senior Communities

For Healthcare Providers

For Healthcare Payers

### Company

Contact

Join Our Email List

News

Case Studies

Blogs

Events

### For Partners

Become a Partner

Sign in to Partners Portal

© 2022 Constant Companion, A division of Ways Security, Inc. All rights reserved. Constant Companion Intellectual Property is protected by the following U.S. Patents: 10,492,054; 10,674,014; 11,044,364; 11,337,061; and other pending U.S. and international applications. Google, Google Nest Hub, and Hey Google are trademarks of Google LLC. Amazon, Alexa, and all related marks are trademarks of Amazon.com, Inc. or its affiliates. Apple, iPhone and Siri are trademarks of Apple Inc., registered in the U.S. and other countries and regions. All product and company names are trademarks or registered trademarks of their respective holders. Use of them does not imply any affiliation with or endorsement by them.

Terms and Conditions   Privacy Policy

.st0 { fill-rule: evenodd; clip-rule: evenodd; fill: #FFFFFF; } .st1 { fill: #FFFFFF; } .st2 { fill-rule: evenodd; clip-rule: evenodd; fill: #01CBEF; } .st3 { fill: url(https://constantcompa } .st4 { fill: #FFFFFF; fill-opacity: 0; } .st5 { fill: #01CBEF; } .st6 { fill-rule: evenodd; clip-rule: evenodd; fill: #E6E7E8; }

Call our team:
**(833) 791 9700**

**My Account**



## We look forward to meeting you

Research shows that 93 percent of all communication is nonverbal. Let's move beyond the typical phone meeting and truly understand your needs with a virtual coffee meeting.

First, our experienced Care Advisors will understand your needs and goals. Then, they will be your personal tour guide through all the features Constant Companion offers.

Simply click the button below to schedule a date and time to meet.



We're here to help

Book a virtual meeting with a care advisor

**Book a virtual meeting now**



| Voice Assistant | Choose Your Solution | Company | For Partners |
|---|---|---|---|
| Product Features | For Home Care Companies | Contact | Become a Partner |
| Reviews | For Senior Communities | Join Our Email List | Sign in to Partners Portal |
| Download Brochures | For Healthcare Providers | News | |
| | For Healthcare Payers | Case Studies | |
| | | Blogs | |
| | | Events | |

© 2022 Constant Companion, A division of Ways Security, Inc. All rights reserved. Constant Companion Intellectual Property is protected by the following U.S. Patents: 10,492,054; 10,674,014; 11,044,364; 11,337,061; and other pending U.S. and international applications. Google, Google Nest Hub, and Hey Google are trademarks of Google LLC. Amazon, Alexa, and all related marks are trademarks of Amazon.com, Inc. or its affiliates. Apple, iPhone and Siri are trademarks of Apple Inc., registered in the U.S. and other countries and regions. All product and company names are trademarks or registered trademarks of their respective holders. Use of them does not imply any affiliation with or endorsement by them.

Terms and Conditions   Privacy Policy